UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEPHILLIPS, *on behalf of himself and all others similarly situated*,<br><br>      Plaintiff,<br><br>     -v.-<br><br>FRUIT OF THE LOOM, INC.,<br><br>      Defendants. | 20 Civ. 1921 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Complaint in this case was filed on March 4, 2020. (Dkt. #1). More than 90 days has passed since Plaintiff filed his Complaint and Plaintiff has not filed proof of service of the Complaint. *See* Fed. R. Civ. P. 4(m). On June 8, 2020, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute on or before June 19, 2020. (Dkt. #5). Plaintiff did not respond to the Court's order. Accordingly, the case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

  SO ORDERED.

Dated: June 22, 2020
     New York, New York

                 KATHERINE POLK FAILLA
                 United States District Judge